UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RUIZ,<br><br>    Petitioner,<br><br>    v.<br><br>STUART RYAN,<br><br>    Respondent. | Case No. 17-cv-06572-WHO (PR)<br><br>**ORDER STAYING ACTION**<br><br>Dkt. No. 2 |

Petitioner Ruiz's request for a stay so that he can exhaust his claims in state court (Docket No. 2) is GRANTED under *Rhines v. Webber*, 544 U.S. 269 (2005). The action is STAYED. Nothing further will take place in this action until the Court decides further action is appropriate, or until Ruiz exhausts all his claims and, within thirty days of doing so, moves both to reopen this action and to lift the stay.

The Clerk shall terminate Docket No. 2 and ADMINISTRATIVELY CLOSE the file pending the stay of this action.

The filing fee has been paid.

**IT IS SO ORDERED.**

**Dated:** January 16, 2018

_____
WILLIAM H. ORRICK
United States District Judge